

March 10, 2026

**BY ECF**

Honorable Joan M. Azrack
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

    Re: *United States v. Blanco,* 20 Cr. 251 (JMA)

Dear Judge Azrack:

  As this Court is aware, Karloff Commissiong and I are counsel for José Moisés Blanco. We write on behalf of Mr. Blanco to respectfully request an adjournment of his sentencing, which is currently scheduled for April 8, 2026 at 10:30 am. The government does not object to this request.

  The adjournment is requested because the Probation Department has yet to issue a Presentence Report and counsel needs additional time to prepare for sentencing. Given the expected timeframe between the disclosure of the final report and the sentencing submission, as well as the ongoing mitigation work that is required in advance of sentencing, we respectfully request that the Court schedule Mr. Blanco's sentencing in July 2026.

  We appreciate the Court's consideration.

                Respectfully submitted,

                */s/ Justine Harris*

                Justine Harris
                HARRIS TRZASKOMA LLP
                125 Broad Street, 10th Floor
                New York, NY 10004
                Tel: (212) 970-6465
                Email: jharris@harristrz.com

                *Counsel for Jose Blanco*